## SHOREY *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 16, September Term, 1965.]

*Decided January 5, 1966.*

Before Prescott, C. J., and Hammond, Marbury, Oppenheimer and McWilliams, JJ.

Per Curiam.

For the reasons given in Judge Harlan's opinion below, the application for leave to appeal must be denied.

*Application denied.*